NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE FINJAN, INC.

---

2011-1542
(Reexamination No. 90/008,684)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## O R D E R

The appellee responds to the court's order concerning the court's decision in *In re Antor Media*, 689 F.3d 1282 (Fed. Cir. 2012).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted and this case is ready for assignment to a merits panel.

(2) A copy of the appellee's response shall be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

___NOV 0 9 2012___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Paul J. Andre, Esq.
    Raymond T. Chen, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 9 2012

JAN HORBALY
CLERK